GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: herringtonR@gtlaw.com

Attorneys for Defendant Wal-Mart Associates, Inc.

BLUMENTHAL NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Norderhaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: 858-551-1223
Facsimile: 858-557-1232
Email: norm@bamlawlj.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WELCH, ET AL., <br><br> Plaintiff; <br><br> v. <br><br> WAL-MART ASSOCIATES, INC., a corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.  2:16-CV-02202-VC <br><br> [PROPOSED] **ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINE BY WHICH THE PARTIES MAY MOVE TO REOPEN THE CASE AND RESCHEDULE TRIAL OR FILE A STIPULATION FOR DISMISSAL** <br> AS MODIFIED |

Plaintiffs Kelly Welch, Priscilla Macksoud, Jon Wunderlin, Christopher Brixey, David Ledwith, Lisa Gresham, Guillermina Avitia, Claudia Soto, Tammy Sanchez, Randy Giefer, Gerald Lalonde, Diane Holland, Jennie Keen, Gabriel Sucre, John Kenyon, Kurt Johnson, Rosa Trevino, Rhonda Jackson, Matthew Bence, Kishon Montez, Loraine McWhorter, Arturo Castaneda, Rod Couture, Francine Giardino, Blondell Robertson, Kevin Ryerson, Steven Chapman, Rosa Torres, Terrie Walker, Judy Balsavich, Amber Dolan and Michelle Humphreys (collectively, "Plaintiffs") and Defendant Wal-Mart Associates, Inc. (together with the Plaintiffs, the "Parties") filed a stipulation requesting that the Court continue the deadline for the parties to move to reopen the case, which runs on August 3, 2017, on the basis that the Parties need additional time in order to finalize and sign the settlement agreements.

Good cause appearing, the Court hereby ORDERS that the deadline to move to reopen the case be continued by sixty (60) days until October 2, 2017 to allow for additional time to have the settlement agreements signed and a stipulation for dismissal filed as contemplated by the terms of the settlement.

IT IS SO ORDERED

DATED: __July 19__, 2017              _____

UNITED STATES DISTRICT JUDGE

**No further extensions will be granted.

---

1
STIPULATION TO CONTINUE DEADLINE TO REOPEN CASE
Case No. 2:16-CV-02202-VC

*LA 133121943v1*
*LA 133123465v1*