UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WELCH, ET AL., <br> Plaintiffs, <br> v. <br> WAL-MART ASSOCIATES, INC., <br> Defendant. | Case No. 2:16-cv-02202-VC <br><br> **ORDER OF DISMISSAL** |

    1. As per Dkt. No. 20, the Court orders that, except for Plaintiff Jon Wunderlin, this action is: (1) dismissed as to the plaintiffs' individual claims with prejudice; and (2) dismissed without prejudice as to the claims of aggrieved employees under Cal. Lab. Code §2698 *et seq*.

    2. This action is re-opened as to plaintiff Jon Wunderlin.

    3. Blumenthal, Nordrehaug & Bhowmik LLP's motion for leave of court to withdraw as counsel of record for Wunderlin will be heard telephonically on October 26, 2017 at 10:00 a.m.

Plaintiffs' counsel shall provide the Court and all other parties, including Mr. Wunderlin, a conference line and applicable access code to use during the hearing no later than three court days prior to the hearing by way of email to the Court (vccrd@cand.uscourts.gov) with a cc to all parties. Plaintiffs' counsel is required to provide Mr. Wunderlin the conference line and applicable access code via email, via telephone, and via first-class mail.

Mr. Wunderlin is required to appear at the conference via telephone. Plaintiffs' counsel shall provide Mr. Wunderlin notice that he is required to appear via email, via telephone, and via first-class mail.

**IT IS SO ORDERED.**

Dated: September 25, 2017

_____
VINCE CHHABRIA
United States District Judge