UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WELCH, ET AL.,<br>　　　　Plaintiffs,<br>　　v.<br>WAL-MART ASSOCIATES, INC.,<br>　　　　Defendant. | Case No. 2:16-cv-02202-VC<br><br>**ORDER OF DISMISSAL** |

　　As stated in the October 26, 2017 hearing:

　　1. Plaintiff Jon Wunderlin's claims are dismissed without prejudice.

　　2. Blumenthal, Nordrehaug & Bhowmik LLP's motion for leave of court to withdraw as counsel of record for Wunderlin is granted.

　　**IT IS SO ORDERED.**

Dated: October 30, 2017

_____
VINCE CHHABRIA
United States District Judge